No. 82–167. CHAPPELL ET AL. *v.* WALLACE ET AL. C. A. 9th Cir. Motion of respondents Vernon Wallace et al.

for leave to proceed *in forma pauperis* and certiorari granted. ▬▬▬▬▬▬▬▬▬▬